**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:                                              )
    David Brian Stacey                    )
    SS# XXX-XX-3783                         )         Case No. 08-22996-SBB
    Michelle Joy Stacey                   )
    SS# XXX-XX-9791                         )         Chapter 13
                     Debtor(s).    )

---

**ORDER CONFIRMING CHAPTER 13 PLAN**

---

    IT HAVING BEEN DETERMINED AFTER NOTICE AND A HEARING:

    That the Plan complies with Chapter 13 and all other applicable provisions of Title 11, United States Code;

    That any fee, charge, or amount required under Chapter 123 of Title 28, United States Code, or by the Plan, to be paid before confirmation has been paid;

    That the action of the debtor(s) in filing the petition was in good faith;

    That the Plan has been proposed in good faith and not by any means forbidden by law;

    That the value, as of the effective date of the Plan, of property to be distributed under the Plan on account of each unsecured claim is not less than the amount that would be paid on such claim is the estate of the debtor(s) were liquidated under Chapter 7 of Title 11, United States Code on such date;

    That the Plan complies with the provisions of 11 U.S.C. § 1325(a)(5) as to holders of secured claims.

**IT IS ORDERED:**

    **The Debtors' Chapter 13 Plan filed December 16, 2008, (Docket # 17) is confirmed;**

    The Debtors shall make payments in accordance with the terms of the Plan.

    Creditors holding liens on property which the Plan specifies is to be surrendered by the Debtors are hereby granted relief from the stay imposed by 11 U.S.C. § 362 and may enforce their rights in and to said property.

    The assumption of executory contracts on the terms stated in the Plan is approved. If the plan provides for the rejection of an executory contract or unexpired lease, the party to the rejected executory contract or lease shall file a proof of claim within 30 days of the date of the entry of this Order, failing which the claim may be barred.

    The Debtors' Plan is binding on all parties that have received notice of the plan and any amendments thereto as required by Fed.R.Bankr.P. 2002(b), 9014 and 7004, and 11 U.S.C. § 324(e) and (f).

    DATED   January 23, 2009

                                                           BY THE COURT:

                                                           /s/ Sid Brooks
                                                           Sidney B. Brooks,
                                                           United States Bankruptcy Judge

    IT IS FURTHER ORDERED that the hearing set for February 4, 2009 is VACATED.